# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 31, 2025

## NO. 03-25-00374-CV

**4-K Housing, Inc., Appellant**

**v.**

**Tax Appraisal District of Bell County, Appellee**

**APPEAL FROM THE 169TH DISTRICT COURT OF BELL COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES CRUMP AND ELLIS
DISMISSED ON JOINT MOTION -- OPINION BY JUSTICE ELLIS**

This is an appeal from the judgment signed by the trial court on April 25, 2025. The parties have filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Each party shall bear their own appellate costs.